FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 JAN 19 PM 4:28

SEALED   OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:12CR19 |
| vs. | ) INDICTMENT |
| | ) 21 U.S.C. § 846 |
| JOSEPH C. CASTLE, | ) 21 U.S.C. § 841(a)(1) & (b)(1)(D) |
| Defendant. | ) |

The Grand Jury Charges:

## COUNT I

Beginning on or about August 2007, and continuing to on or about December 17, 2011, in the District of Nebraska and elsewhere, the Defendant, JOSEPH C. CASTLE, knowingly and intentionally, combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute 100 kilograms or more of a mixture of substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about December 17, 2011, in the District of Nebraska, JOSEPH C. CASTLE, the Defendant herein, did knowingly and intentionally possess with intent to distribute a mixture of substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(D).

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
ANDREA E. BELGAU
Assistant United States Attorney